UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEANINE A. IDEKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CASE NO. EDCV 09-1748 AGR<br><br>**JUDGMENT** |

      IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 31, 2011

                                              /s/ Alicia G. Rosenberg
                                    ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE